1  **YU | MOHANDESI LLP**

2  **B. Ben Mohandesi** (SBN 214921)
   213.377.5505 | bmohandesi@yumollp.com
3  **Jordan S. Yu** (SBN 227341)
   213.377.5502 | jyu@yumollp.com
4  **Thuy N. Tran** (SBN 258104)
   213.377.5503 | ttran@yumollp.com
5  633 West Fifth Street, Suite 2800
   Los Angeles, CA 90071
6  213.377.5501 Facsimile

7  Attorneys for Defendant
   LVNV Funding, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| SUSAN MORREY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LVNV FUNDING, LLC,<br><br>　　　　Defendant. | Case No.: 8:14-cv-1780<br><br>[Removal from the Superior Court of California for the County of Orange, Case No. 30-2014-00746113-CL-NP-CJC]<br><br>**DEFENDANT LVNV FUNDING, LLC'S NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §§ 1331, 1441(c), AND 1446**<br><br>[FEDERAL QUESTION] |

– 1 –
NOTICE OF REMOVAL

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE** that Defendant LVNV Funding, LLC. ("Defendant") hereby removes the action described below from the Superior Court of California for the County of Orange, to the United States District Court for the Central District of California, Southern Division, pursuant to Sections 1331, 1441(c), and 1446 of Title 28 of the United States Code ("U.S.C."). As set forth more fully below, this case is properly removed to this Court pursuant to 28 U.S.C. § 1441 because Defendant has satisfied the procedural requirements for removal and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331. In support of this Notice of Removal, Defendant states as follows:

**I. THIS COURT HAS SUBJECT MATTER JURISDICTION PURSUANT TO 28 U.S.C. SECTIONS 1331 AND 1441**

On or about September 19, 2014, plaintiff Susan Morrey ("Plaintiff") filed a Complaint in the Superior Court of California for the County of Orange ("Superior Court"), entitled *Susan Morrey v. LVNV Funding, LLC*, Case No. 30-2014-00746113-CL-NP-CJC. In the Complaint, Plaintiff alleges, among other things, that Defendant reported inaccurate and derogatory information to credit reporting agencies. Complaint, ¶¶ 4-7, 11-12. Based on these allegations, Plaintiff asserts two causes of action against Defendant: (1) violation of the Rosenthal Fair Debt Collection Practices Act ("RFDCPA"), Cal. Civ. Code §1788 *et seq.* and (2) violation of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 *et seq*. The Summons, Complaint, Civil Case Cover Sheet, and initial case documents issued by the Orange County Superior Court are attached hereto as **Exhibit A**, as required by 28 U.S.C. § 1446(a).

Because this action arises under federal law (the FCRA), which can be ascertained from the face of Plaintiff's Complaint, this Court has original jurisdiction pursuant to 28 U.S.C. § 1331. Further, this Court has supplemental jurisdiction over Plaintiff's state law claim (the RFDCPA), which forms part of the "same case or

controversy" pursuant to 28 U.S.C. § 1367(a). Specifically, like Plaintiff's FCRA claim, Plaintiff's RFDCPA claim also alleges that Defendant reported inaccurate and derogatory information relating to Plaintiff's credit history to various credit reporting agencies. Complaint, ¶¶ 11-12. Accordingly, this action may be removed to this Court pursuant to 28 U.S.C. § 1441.

## II. THE PROCEDURAL REQUIREMENTS FOR REMOVAL ARE SATISFIED

On or about September 19, 2014, Plaintiff filed this action in the Superior Court of California for the County of Orange. Defendant was served with the Complaint on October 9, 2014. This Notice of Removal is timely in that it was filed within 30 days from the time Defendant had notice that the action was removable, and less than a year after the commencement of the action. *See* 28 U.S.C. § 1446(b).

The Superior Court of California for the County of Orange is located within the United States District Court for the Central District of California, Southern Division. *See* 28 U.S.C. § 84(c)(2). Thus, venue is proper in this Court because it is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

In compliance with 28 U.S.C. § 1446(d), Defendant will serve on Plaintiff and file with the Clerk of the Superior Court a written notice of the filing of this Notice of Removal, attaching a copy of this Notice of Removal.

No previous application has been made for the relief requested herein.

/ / /

1     WHEREFORE, Defendant respectfully removes this action from the Superior Court of California for the County of Orange to this Court pursuant to 28 U.S.C. §§ 1331, 1441 and 1446.

    DATED: November 7, 2014.

                                  YU | MOHANDESI LLP

                          By   */s/ B. Ben Mohandesi*
                              Jordan S. Yu
                              B. Ben Mohandesi
                              Thuy N. Tran
                              Attorneys for Defendant
                              LVNV Funding, LLC

YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

**CERTIFICATE OF SERVICE**

I certify that on November 7, 2014, a copy of the foregoing was filed and served electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system as described below. Parties may access this filing through the Court's system.

DATED: November 7, 2014.

                          YU MOHANDESI LLP

                          By */s/ B. Ben Mohandesi*
                              B. Ben Mohandesi
                              Thuy N. Tran
                              Attorneys for Defendant
                              LVNV Funding, LLC