Todd M. Friedman (216752)
Suren N. Weerasuriya (278512)
**Law Offices of Todd M. Friedman, P.C.**
324 S. Beverly Dr. #725
Beverly Hills, CA 90212
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@attorneysforconsumers.com
sweerasuriya@attorneysforconsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SUSAN MORREY,** ) | Case No.: 8:14-cv-01780-DOC-RNB |
| ) | |
| **Plaintiff,** ) | **NOTICE OF SETTLEMENT** |
| ) | |
| **-vs-** ) | |
| ) | |
| ) | |
| **LVNV FUNDING, LLC,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |
| ) | |
| _____ ) | |

## To the Honorable Court

    **Please take notice** that on or about March 02, 2015, Plaintiff, Susan Morrey ("Plaintiff"), and Defendant, LVNV Funding, LLC ("Defendant"), settled the above-matter.

///

1
**NOTICE OF SETTLEMENT**

The parties anticipate filing a conditional dismissal with prejudice within sixty (60) days of the filing of this notice.

Dated: March 02, 2015

By: /s/ Suren N. Weerasuriya
Suren N. Weerasuriya
**Law Offices of Todd M. Friedman**
Attorneys for Plaintiff

2
**NOTICE OF SETTLEMENT**